10818

STATE v. WRIGHT

(110 S. E. 927)

TRIAL.—Where evidence in criminal action is insufficient to warrant subm'ssion to the jury a verdict should have been directed for the defendant.

Before TOWNSEND, J., Greenwood, November, 1920, on appeal from County Court of Greenwood County. Reversed.

Lee Wright convicted of violation of the prohibition law and appeals.

*Messrs. Graydon & Graydon,* for appellant, cite: *Facts show suspicion but not proof:* 107 S. E., 909. *Right of trial by jury means trial by twelve men:* 40 S. C., 373; 29 S. C., 355; 38 S. C., 399; 35 S. C., 244; 10 Rich., 407; 2 Strob., 487; 17 S. C., 538; 24 S. C., 162; 64 S. C., 210. *Charge on facts:* 74 S. C., 75; 47 S. C., 488; 49 S. C., 481; 49 S. C., 488; 50 S. C., 161; 49 S. C., 550; Art. V., Sec. 26, Const. 1895.

*Mr. H. L. Blackwell, Solicitor,* for the State.

January 25, 1922.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

A careful consideration of the testimony in this case, a review of which would accomplish no useful purpose, convinces us that the evidence of the defendant's guilt was insufficient to justify the submission of the case to the jury, and that a verdict of not guilty should have been directed by the Court. The judgment of this Court is that the judgment be reversed, and that the case be remanded for the direction of a verdict of not guilty under Rule 27 (90 S. E., xii).